## COMSTOCK V. JAHANT HEATING CO.
(Decided January 13, 1914.)

APPEAL from Jefferson Circuit Court.

Heard before Hon. E. C. CROWE.

C. D. COMSTOCK, for appellant. THOMPSON & THOMPSON, and GUY M. THOMPSON, for appellee.

PELHAM, J.—There is no such insistence upon errors assigned as to require consideration. Affirmed.